# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

## NOTICE OF APPEARANCE

2415380

TO: The Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in the above-captioned matters as counsel for Defendant Michael Ben-Jacob.

                                         Respectfully submitted,

                                           KEKER, VAN NEST & PETERS LLP

Dated: March 5, 2024

                                By:   */s/ Elliot R. Peters*
                                          ELLIOT R. PETERS, #EP-1067
                                          633 Battery Street
                                          San Francisco, CA 94111-1809
                                          Telephone: 415 391 5400
                                          Facsimile: 415 397 7188
                                          epeters@keker.com

                                          DEWEY PEGNO & KRAMARSKY
                                          Thomas E.L. Dewey, # TD-6243
                                          777 Third Avenue, 37th Floor
                                          New York , NY 10017
                                          Telephone: (212) 943-9000
                                          Facsimile: (212) 943-4325
                                          tdewey@dpklaw.com

                                          Attorneys for Defendant Michael Ben-Jacob

1