# Exhibit 7, Part 6

**Exhibit 5**

**DIFC Court of First Instance**
**SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited**

28-June-2018

The below table is a summary of hard copy documents obtained from the offices of Elysium Global (Dubai) Limited on 28-June-2018.

*Total pages: 3*

| Location | Category | Document Name (if labelled) or Details of Contents *(italics)* | Approximate volume | Box # |
|---|---|---|---|---|
| Sanjay Shah Office | Finance | Various bank and utility account statements and documentation of a financial nature (e.g. invoices, schedules, account forecasts) | 1 white untitled binder<br>1 spiral package<br>Various loose papers<br>Total volume: ~3 inches | B1 |
| Sanjay Shah Office | Agreements | Various agreements with respect to Elysium Global (Dubai) Limited and related documents | Total volume: ~4 inches | B1 |
| Sanjay Shah Office | Assets | Documentation relating to properties and/or resources (e.g. HR documentation and charts) | Total volume: ~1/4 inches | B1 |
| Office Filing Cabinets | Bank Statements | Sanjay Shah Bank Stmts Varengold NED Bank F432874 | 1 binder | B3 |
| Office Filing Cabinets | Expenses | Elysium Global Expenses F433191 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Natwest OCBC F432873 | 1 binder | B3 |
| Office Filing Cabinets | Bank statements | Sanjay Shah Bank Stmts Citibank F432882 | 1 binder | B3 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder July to September 2016 F432998 | 1 binder | B2 |
| Office Filing Cabinets | Expenses | Elysium Global Dubai Limited Expenses FY2015 F432950 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Petty Cash 2018 F432866 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Dalma Capital 2050544350848 | 1 binder | B2 |
| Office Filing Cabinets | Finance | *Untitled binder with various banking related instructions and agreements* F432863 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder June 2016 F432997 | 1 binder | B2 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder Oct to Dec 2016 F432996 | 1 binder | B2 |
| Office Filing | Commercial | EGDL Commercial Documents | 1 binder | B4 |

1

18

DIFC Court of First Instance
SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited

28-June-2018

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| Cabinets | | F433195 | | |
| Office Filing Cabinets | Finance | Binder titled "Elysium" with miscellaneous invoices | 1 binder | B4 |
| Office Filing Cabinets | Audit | Elysium Global Dubai Limited 2013-2014 Audit File F432916 | 1 binder | B5 |
| Office Filing Cabinets | Agreements | Binder with "Office" post-it note #2050544350848 | 1 binder | B3 |
| Office Filing Cabinets | Agreements | Statutory Docs File Private & Confidential F433197 | 1 binder | B4 |
| Office Filing Cabinets | Finance | Binder titled "Equity" with invoice issued by GTRS 9555017607625 | 1 binder | B4 |
| Office Filing Cabinets | Bank statements | Bank statements Sanjay Shah 1999 – 2000 F433162 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Elysium Global Limited Finance Folder April 2015 to March 2016 F432839 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Elysium Global Limited Finance Folder April 2016 to March 2017 F432838 | 1 binder | B6 |
| Office Filing Cabinets | Assets and resources | Binder with "Florian Prosects" post-it note containing property agreements and documents 9555017762232 | 1 binder | B5 |
| Office Filing Cabinets | Agreements | Binder titled "Elysium Properties Limited" with Tenancy contracts and agreements F433099 | 1 binder | B6 |
| Office Filing Cabinets | Agreements | Binder with contract between Grosvenor House and EGDL Binder title (struck out: Finance Folder – Aralla Holdings Ltd) 291019028299 | 1 binder | B6 |
| Office Filing Cabinets | Bank statements | Bank Statements of Account 9555017762232 | 1 binder | B6 |
| Office Filing Cabinets | Finance | Binder titled "New File – Sanjay Shah" with various instructions 2050544350848 | 1 binder | B5 |
| Office Filing Cabinets | Finance | Folder of documents titled "Client Money Segregation" F432859 | 1 binder | B4 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Finance Folder 2012-2013 F433198 | 1 binder | B6 |
| Office Filing Cabinets | Finance | Sanjay Shah Property Finance Folder | 1 binder | B7 |

2

DIFC Court of First Instance
SKAT v Elysium Global (Dubai) Limited and Elysium Properties Limited

28-June-2018

| Location | Category | Document Name (if labelled) or Details of Contents (italics) | Approximate volume | Box # |
|---|---|---|---|---|
| | | 2016-2017 F433177 | | |
| Office Filing Cabinets | Bank Statements | ING Luxco Sanjay – Sign F433175 | 1 binder | B7 |
| Office Filing Cabinets | Finance | Elysium Global Dubai Limited Payment Voucher 2018 | 1 binder | B7 |
| Office Filing Cabinets | Agreements | Assorted collection of agreements and other corporate organizational documentation | 1 box of assorted files | B8 |
| Office Filing Cabinets | Statements | Account statements, payment instructions, correspondence with financial institutions | 1 box of assorted files | B9 |
| Office Filing Cabinets | Finance | Various documentation of a financial nature (invoices, receipts, etc.) | 1 box of assorted files | B10 |

3

20