# Exhibit 11, Part 5

**BELGACOM SA (AMA)**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|------|-----|------------------|-----------|------|-----|------|-----|------|-----------|---|
| 26-Apr-13 | 17.55 | | -42,510,000.00 | 0.78200% | 871.60 | 871.60 | -42,510,000.00 | 39,487,500.00 | 3,022,500.00 | 0.0820% |
| 27-Apr-13 | | | | 0.78200% | 871.62 | 1,743.23 | | | | 0.0820% |
| 28-Apr-13 | | | | 0.78200% | 871.64 | 2,614.87 | | | | 0.0820% |
| 29-Apr-13 | 17.50 | -39,487,500.00 | | 0.78500% | 875.00 | 3,489.87 | -39,487,500.00 | 39,375,000.00 | 112,500.00 | 0.0850% |
| 30-Apr-13 | 17.50 | -39,375,000.00 | | 0.80200% | 893.97 | 4,383.85 | -39,375,000.00 | 39,375,000.00 | 0.00 | 0.1020% |

| | | | -42,510,000.00 | Interest Accrual | 4,383.85 | | | | 3,135,000.00 |
|--|--|--|--|--|--|--|--|--|--|

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|------|------------------|--|--|-------------------|--|--|
| 26-Apr-13 | -42,510,000.00 | 0.082% | 0.393800% | -465.01 | -465.01 |
| 27-Apr-13 | -42,510,000.00 | 0.082% | 0.393800% | -465.02 | -930.03 |
| 28-Apr-13 | -42,510,000.00 | 0.082% | 0.393800% | -465.02 | -1,395.05 |
| 29-Apr-13 | -42,510,000.00 | 0.085% | 0.396800% | -468.57 | -1,863.62 |
| 30-Apr-13 | -42,510,000.00 | 0.102% | 0.413800% | -488.65 | -2,352.27 |

| | | -2,352.27 |
|--|--|--|

**BELGACOM SA (AQU)**

| Date | Px | Starting Balance | CASH ORIG | Rate | Int | | Sum | Mark | Daily MTM | |
|------|-----|------------------|-----------|------|-----|------|-----|------|-----------|---|
| 26-Apr-13 | 17.55 | | -22,692,000.00 | 0.78200% | 460.08 | 460.08 | -22,692,000.00 | 21,060,000.00 | 1,632,000.00 | 0.0820% |
| 27-Apr-13 | | | | 0.78200% | 460.09 | 920.16 | | | | 0.0820% |
| 28-Apr-13 | | | | 0.78200% | 460.10 | 1,380.26 | | | | 0.0820% |
| 29-Apr-13 | 17.50 | -21,060,000.00 | | 0.78500% | 461.87 | 1,842.13 | -21,060,000.00 | 21,000,000.00 | 60,000.00 | 0.0850% |
| 30-Apr-13 | 17.50 | -21,000,000.00 | | 0.80200% | 471.88 | 2,314.02 | -21,000,000.00 | 21,000,000.00 | 0.00 | 0.1020% |

| | | | -22,692,000.00 | Interest Accrual | 2,314.02 | | | | 1,692,000.00 |
|--|--|--|--|--|--|--|--|--|--|

| Date | Cash Loan Amount | | | Stock Lending Fee | | |
|------|------------------|--|--|-------------------|--|--|
| 26-Apr-13 | -22,692,000.00 | 0.082% | 0.496300% | -312.83 | -312.83 |
| 27-Apr-13 | -22,692,000.00 | 0.082% | 0.496300% | -312.84 | -625.67 |
| 28-Apr-13 | -22,692,000.00 | 0.082% | 0.496300% | -312.84 | -938.52 |
| 29-Apr-13 | -22,692,000.00 | 0.085% | 0.499300% | -314.74 | -1,253.25 |
| 30-Apr-13 | -22,692,000.00 | 0.102% | 0.516300% | -325.46 | -1,578.71 |

| | | -1,578.71 |
|--|--|--|

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ELYSIUM-01744925


Solo Capital

Cash Transaction Statement
From        27 November 2012        to        30 April 2013

Account Name:    D.D.C (Cayman)

Account Number: DDC01

| Cash | Currency | EUR | | |
|------|----------|-----|--|--|
| | Invoice Number | Description | Debit/Credit | Balance |
| | GSS1072 | Futures Exchange Fees April 13 | -11,800.00 | -186,987.21 |
| | GSS1072 | Futures Clearing Fees April 13 | -77,520.70 | -264,507.91 |
| | GSS1072 | Equity Clearing Fees April 13 | -841.30 | -265,349.21 |
| | GSS1072 | Custody Fees April 13 | -1,250.00 | -266,599.21 |
| | | Brokerage Fee April 13 - LCG | -38,780.39 | -305,379.60 |
| | | | | |
| | | Equity Settlements | 68,397,300.00 | 68,091,920.40 |
| | | Stock Loan Settlements | -65,202,000.00 | 2,889,920.40 |
| | | Dividends | -7,479,000.00 | -4,589,079.60 |
| | | Variation Margin | 33,917,795.00 | 29,328,715.40 |
| | | Stock Loan Interest & Fee | 87,287.26 | 29,416,002.66 |
| | | Initial Margin | -216,282,978.55 | -186,866,975.89 |
| | | Stock Margin | 4,827,000.00 | -182,039,975.89 |
| | | Realised Futures P&L | -138,362.50 | -182,178,338.39 |
| | | | | -182,178,338.39 |

| Cash | Currency | DKK | | |
|------|----------|-----|--|--|
| | Invoice Number | Description | Debit/Credit | Balance |
| | | Opening Balance | 0.00 | 0.00 |
| | | | | |
| | | Equity Settlements | 16,054,259,040.60 | 16,054,259,040.60 |
| | | Stock Loan Settlements | -16,054,259,040.60 | 0.00 |
| | | Dividends | -310,674,130.00 | -310,674,130.00 |
| | | Variation Margin | 197,942,277.00 | -112,731,853.00 |
| | | Stock Loan Interest & Fee | 8,600,617.10 | -104,131,235.90 |
| | | Initial Margin | -1,639,055,366.90 | -1,743,186,602.80 |
| | | Stock Margin | 96,100,954.10 | -1,647,085,648.70 |
| | | Realised Futures P&L | 622,524,850.00 | -1,024,560,798.70 |
| | | | | -1,024,560,798.70 |

ELYSIUM-01744925

| Cash | Currency | USD | | |
|---|---|---|---|---|
| | Invoice Number | Description | Debit/Credit | Balance |

| | | Brokerage Fee Apr 13 - FGC | -22,755.06 | -89,310.28 |
|---|---|---|---|---|
| | | Equity Settlements | 0.00 | -89,310.28 |
| | | Stock Loan Settlements | 0.00 | -89,310.28 |
| | | Dividends | 0.00 | -89,310.28 |
| | | Variation Margin | 0.00 | -89,310.28 |
| | | Stock Loan Interest & Fee | 0.00 | -89,310.28 |
| | | Initial Margin | 0.00 | -89,310.28 |
| | | Stock Margin | 0.00 | -89,310.28 |
| | | Realised Futures P&L | 0.00 | -89,310.28 |
| | | | | -89,310.28 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom. (FSA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*

*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be  immediatly refunded to us by you. Any discrepancies should be notified to SOLO CAPITAL PARTNERS LLP immediately  by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ELYSIUM-01744925