# Exhibit 45, Part 1



SKAT
P.O. Box 60
2630 Taastrup
DENMARK


**Our Ref:** BDK000018
**Tax Ref:** 46-1910855

03 April 2013

Dear Sir or Madam,

**RE: A/C RJM Capital Pension Plan RJM01**

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**


Please quote reference **BDK000018**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.


Yours faithfully,

Marie Nimmo
Operations Manager


GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    t +44 (0)208 760 7130  f +44 (0)208 681 2854    e info@goalgroup.com    Registered in England & Wale    Registered Office: 7th Floor, 6    Registered for VAT under num

**SKAT Fredensborg**

Bilag nr. _____ 219-A-001


**TOLD · SKAT**

*Andragende om fritagelse for dansk udbytteskat* (1)
## Claim to Relief from Danish Dividend Tax⁽¹⁾

Der skal indgives særskilt ansøgning for hvert enkelt selskab.
*Include only one company on each form.*

Eksemplar 1
( Til de danske skattemyndigheder )
*Copy I*
*( For the Danish Tax Authorities )*

*Hermed andrager*

| Kun for sel-skaber **Corporate shareholders only** | i min egenskab af *In my capacity as* | Employer id.no. |
|---|---|---|
| | for selskabet    RJM Capital Pension Plan *of the company* | |
| | der er hjemmehørende (fulde adresse)  40 West 57th Street - 20th Floor, New York, NY 10019, *which is a resident of (full address)*    USA, | |
| | undertegnede (fulde navn) *I the undersigned (full name)* | U.S. Soc. Sec.no. |
| | der har bopæl (fulde adresse) *a resident of (full address)* | |

om fritagelse for dansk beskatning af de nedennævnte udbytter af aktier eller andele
*hereby claim relief from Danish taxation on the dividends from shares or participations as specified below*

i (selskabets navn)
*issued by (name of company)*  TDC A/S

af hvilke værdipapirer jeg/selskabet er ejer/udbytteberettiget (2)
*as the owner/usufructuary of the said shares or participations (2)*

| Værdipapirets art (3) Nature of security (3) | Antal No. of securities | Pålydende i DKK pr. aktie Nominal value in DKK per share | Udbytters forfaldsdato og -år (4) Maturity date and year of dividend (4) | Antal kuponer Number of coupons | Kuponens beløb i DKK Dividend per coupon in DKK | Samlet udbytte i DKK Total dividends in DKK | Procent for fritagelse Percentage refund claimed | Beløb, der søges tilbagebetalt, i DKK Refund claimed in DKK |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | 3250000 | 2.300000 | 13-Mar-2013 | | | 7475000.00 | | |
| | | | | | | | | |

| **Attestation Certification** | Certificate of deduction tax (5) *I hereby certify that the dividends shown in column 7 were paid under deduction of dividend tax, which amounted in total to DKK:*  0.00 | I alt total | 7475000.00 | 27.00 | 2018250.00 |
|---|---|---|---|---|---|

| sted: *place:* | dato: *date:*  \| . \| . \| . \| | sted: *place:*  Clarson | dato: *date:*  \| 04 \| 03 \| 13 \| |
|---|---|---|---|
| stempel og underskrift *stamp and signature:* | | underskrift *signature* | |

GOAL TaxBack Limited, 7TH Floor, 69 Park Lane., CROYDON, CR9 1BG, United

**\*On Refund Please Quote:**  000 18 DK              46-1910855

(1) Ansøgningen oprettes i 3 eksemplarer.
   *The claim must be made in triplicate.*
(2) Det ikke gældende overstreges.
   *Delete whichever is inapplicable.*
(3) Aktier eller andelsbeviser, hvad enten de er udstedt på navn eller til ihændehaveren.
   *Registered or bearer shares.*
(4) Hvis aktierne ikke bærer kuponer, skal i kolonne 4 angives den dag, da udbyttet tidligst kunne hæves, og i kolonne (
   *If the share is not accompanied by coupons state in column 4 the first date on which the dividend is payable, and in column 6 the amount of dividend per share.*

(5) Attestation for tilbageholdt udbytteskat skal gives af det selskab eller bank, som udbetaler det i kolonne 7 angivne beløb.
   *The certificate of deduction of dividend tax is to be given by the company, financial institution or other institution paying the dividends shown in column 7.*

94.09 (blan. U.53)
06.008

SKAT Fredensborg

Bilag nr.____ 219-A-002

Confidential Pursuant to Protective Order



## Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

### DIVIDEND CREDIT ADVICE
Issue Date: 13 March 2013, Issue No: 0122

**RJM Capital Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 13 March 2013**

Dear Sirs,

Please be advised that we have credited your account, RJM01, for the value date of 13 March 2013. This payment represents the dividend shown below:

| | |
|---|---|
| Security Name: | TDC A/S |
| SEDOL: | 5698790 |
| ISIN: | DK0060228559 |
| Pay Date: | 13 March 2013 |
| No of Shares: | 3,250,000 |
| Gross Dividend: | DKK 7,475,000.00 |
| Tax: | DKK 2,018,250.00 |
| Net Dividend: | DKK 5,456,750.00 |

..............................................
Name: Jas Bains
Solo Capital Partners LLP

Solo Capital Partners LLP is authorised and regulated by the Financial Services Authority of th (FSA Registration Number 586533, Company Number OC367979, VAT Registration Number

SKAT Fredensborg

Bilag nr. _____219-A-003

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

### Power of Attorney

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1.  The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____219-A-004_

Confidential Pursuant to Protective Order

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

*Executed as a deed by –*

*Name of pension plan:*          RJM Capital Pension Plan

*Acting by name(s) of*          Adam LaRosa – Authorized
                                Representative
*Duly authorised*
*signatory(ies).*

SKAT Fredensborg

Bilag nr.____219-A-005

Confidential Pursuant to Protective Order



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 18, 2013



000465

Taxpayer: RJM CAPITAL PENSION PLAN
        TIN: 46-1910855
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Acc─────── ──────────

SKAT Fredensborg

Bilag nr._____219-A-006

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BDK000031
**Tax Ref:** 46-1910855

08 April 2013

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BDK000031**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Marie Nimmo
Operations Manager

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales
t +44 (0)208 760 7130   f +44 (0)208 681 2354    Registered Office: 7th Floor, 6
e info@goalgroup.com    Registered for VAT under num

SKAT Fredensborg

Bilag nr. _____219-A-007_



**TOLD SKAT**

*Andragende om fritagelse for dansk udbytteskat* (1)
## Claim to Relief from Danish Dividend Tax[1]

Der skal indgives særskilt ansøgning for hvert enkelt selskab.
*Include only one company on each form.*

**Eksemplar 1**
( Til de danske skattemyndigheder )
*Copy 1*
*( For the Danish Tax Authorities )*

*Hermed andrager*

**Kun for sel-skaber**
**Corporate shareholders only**

I min egenskab af
*In my capacity as*

for selskabet     RJM Capital Pension Plan
*of the company*

*Employer id.no.*

der er hjemmehørende (fulde adresse)  40 West 57th Street – 20th Floor, New York, NY 10019,
*which is a resident of (full address)*     USA,

undertegnede (fulde navn)
*I the undersigned (full name)*

*U.S. Soc. Sec.no.*
. . . . . . . . . . . . . . . . . . . . . .

der har bopæl (fulde adresse)
*a resident of (full address)*

om fritagelse for dansk beskatning af de nedennævnte udbytter af aktier eller andele
*hereby claim relief from Danish taxation on the dividends from shares or participations as specified below*

i (selskabets navn)
*issued by (name of company)*  DSV A/S

af hvilke værdipapirer jeg/selskabet er ejer/udbytteberettiget (2)
*as the owner/usufructuary of the said shares or participations (2)*

| Værdipapirets art (3) | Antal | Pålydende i DKK pr. aktie | Udbyttets forfaldsdato og -år (4) | Antal kuponer | Kuponens beløb i DKK | Samlet udbytte i DKK | Procent for fritagelse | Beløb, der søges tilbagebetalt, i DKK |
|---|---|---|---|---|---|---|---|---|
| *Nature of security (3)* | *No. of securities* | *Nominal value in DKK per share* | *Maturity date and year of dividend (4)* | *Number of coupons* | *Dividend per coupon in DKK* | *Total dividends in DKK* | *Percentage refund claimed* | *Refund claimed in DKK* |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|  | 1200000 | 1.250000 | 27-Mar-2013 |  |  | 1500000.00 |  |  |

**Attestation Certification**

*Certificate of deduction tax (5)*
I hereby certify that the dividends shown in column 7
were paid under deduction of dividend tax, which
amounted in total to DKK:  0.00

I alt
total

1500000.00     27.00     405000.00

sted:
*place:*

dato:
*date:*
| . | . | . | . |

sted:
*place:*     Croydon

dato:
*date:*
| 04 | 08 | 13 |

stempel og underskrift
*stamp and signature:*

underskrift
*signature*

GOAL TaxBack Limited, 7TH Floor, 69 Park Lane,, CROYDON, CR9 1BG, United

**\*On Refund Please Quote:** 000 31 DK          46-1910855

(1) Ansøgningen oprettes i 3 eksemplarer.
    *The claim must be made in triplicate.*
(2) Det ikke gældende overstreges.
    *Delete whichever is inapplicable.*
(3) Aktier eller andelsbeviser, hvad enten de er udstedt på navn eller
    til ihændehaveren.
    *Registered or bearer shares.*
(4) Hvis aktierne ikke bærer kuponer, skal i kolonne 4 angives den dag, da udbyttet tidligst kunne hæves, og i kolonne 6
    *If the share is not accompanied by coupons state in column 4 the first date on which the dividend is payable.*
    and in column 6 the amount of dividend per share.

(5) Attestation for tilbageholdt udbytteskat skal gives af det selskab eller
    bank, som udbetaler det i kolonne 7 angivne beløb.
    *The certificate of deduction of dividend tax is to be given by the*
    *company, financial institution or other institution paying the*
    *dividends shown in column 7.*

94.69 (gl.nr. U.33)
06.008

SKAT Fredensborg

Bilag nr.____ 219-A-008


Solo Capital

4 Throgmorton Avenue
London EC2N 2DL

## DIVIDEND CREDIT ADVICE
### Issue Date: 27 March 2013, Issue No: 0216

**RJM Capital Pension Plan**
1010 Fifth Avenue
Apt 1D
New York
NY 10028
United States of America

**Date: 27 March 2013**

Dear Sirs,

Please be advised that we have credited your account, RJM01, for the value date of 27 March 2013. This payment represents the dividend shown below:

| | |
|---|---|
| Security Name: | DSV A/S |
| SEDOL: | B1WT5G2 |
| ISIN: | DK0060079531 |
| Pay Date: | 27 March 2013 |
| No of Shares: | 1,200,000 |
| Gross Dividend: | DKK 1,500,000.00 |
| Tax: | DKK 405,000.00 |
| Net Dividend: | DKK 1,095,000.00 |

Name: Jas Bains
**Solo Capital Partners LLP**

Solo Capital Partners LLP is authorised and regulated by the Financial Services Authority of the (FSA Registration Number 566553, Company Number OC367979, VAT Registration Number

SKAT Fredensborg

Bilag nr. _____219-A-009_____

Confidential Pursuant to Protective Order

*RJM Capital Pension Plan*
*1010 Fifth Avenue – Suite 1D*
*New York, NY 10028*

### Power of Attorney

THIS POWER OF ATTORNEY, made this 21st day of March 2013 by RJM Capital Pension Plan ("the Pension Plan") WITNESSETH AS FOLLOWS:-

1.  The Pension Plan hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Pension Plan and in the Pension Plan's name and otherwise on the Pension Plan's behalf and as the Pension Plan's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Pension Plan from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Pension Plan, or through GTB on behalf of the Pension Plan. The Pension Plan also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Pension Plan shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Pension Plan agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Pension Plan declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Pension Plan's name by virtue of this deed.

5.  This deed shall be revocable on the unilateral act of the Pension Plan, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Pension Plan hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

(contd)

SKAT Fredensborg

Bilag nr. _____219-A-010_

Confidential Pursuant to Protective Order

IN WITNESS whereof this deed has been executed by the Pension Plan and is intended to be and is hereby delivered on the date above written.

**Execution of a deed by a pension plan incorporated outside Great Britain**

*Executed as a deed by –*

*Name of pension plan:*          RJM Capital Pension Plan

*Acting by name(s) of*           Adam LaRosa – Authorized
                                 Representative
*Duly authorised*
*signatory(ies).*

SKAT Fredensborg

Bilag nr._____219-A-011

Confidential Pursuant to Protective Order



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 18, 2013



000465

Taxpayer: RJM CAPITAL PENSION PLAN
    TIN: 46-1910855
Tax Year: 2013

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form **6166** (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. _____ 219-A-012

Confidential Pursuant to Protective Order                                    SKAT_MDL_001_00059304



SKAT
P.O. Box 60
2630 Taastrup
DENMARK


**Our Ref:** BDK000030
**Tax Ref:** 46-1910855

08 April 2013

Dear Sir or Madam,

### RE: A/C RJM Capital Pension Plan RJM01

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**


Please quote reference **BDK000030**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.


Yours faithfully,

Marie Nimmo
Operations Manager

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales    l +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 6    clients@goalgroup.com    Registered for VAT under num

SKAT Fredensborg

Bilag nr. _____ 219-A-013

Confidential Pursuant to Protective Order