# Exhibit 21

## Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | - |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | - |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | - |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | - |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | - |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | - |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | - |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | - |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | - |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | - |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | - |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | - |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | - |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | - |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | - |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | - |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | - |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | - |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | - |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | - |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | - |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | - |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | - |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | - |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | - |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | - |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | - |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | - |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | - |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | - |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | - |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | - |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | - |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | - |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | - |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | - |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | - |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | - |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | - |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | - |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | - |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | - |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | - |
| | General - Total | | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | **GRAND TOTAL** | | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | **-** | **-** |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355007



**425 Park Avenue**
**New York, NY  10022-3598**
**212.836.8000**
**www.kayescholer.com**
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      March 4, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 626801
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

| Date | Name | Hours |
|---|---|---|
| 01/12/2010 | Ben-Jacob, Michael | 1.00 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 01/22/2010 | Ben-Jacob, Michael | 0.08 |
| 02/02/2010 | Migliaccio, Christopher | 2.75 |
| 02/03/2010 | Migliaccio, Christopher | 1.00 |
| 02/04/2010 | Migliaccio, Christopher | 1.50 |
| 02/05/2010 | Ben-Jacob, Michael | 0.17 |
| 02/05/2010 | Migliaccio, Christopher | 2.75 |
| 02/11/2010 | Ben-Jacob, Michael | 0.25 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      March 4, 2010

  **RE:** General                                              **Invoice#:** 626801
  **Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════════

██████████████████████████████

02/11/2010  Migliaccio, Christopher                                3.50

████████████████████████████████████
                                                              ----------
                                    Total Hours................   13.75
                        Fees through 02/28/2010....................    $6,026.25


      *----------------------------TIME AND FEE SUMMARY----------------------------*
                                    Rate         Hours          Fees
      Ben-Jacob, Michael          $685.00        2.25        $1,541.25
      Migliaccio, Christopher      390.00        11.50        4,485.00

                        Fees through 02/28/2010...............    13.75      $6,026.25


      Fees this Invoice...........................................    $6,026.25
      **Total Due this Invoice...........................................    $6,026.25**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          March 4, 2010

    **RE:** General                                          **Invoice#:** 626801
    **Our File Number:** 00647/0001                          **PAGE:**    3

===============================================================

Kaye Scholer LLP

                                                          425 Park Avenue
                                                           New York, NY  10022-3598
                                                           212-836-8000
                                                           Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355010**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        April 12, 2010
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|  |  | Hours |
|---|---|---|
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.50 |
| 01/20/2010 | Tuchman, L. | 0.58 |
| 01/21/2010 | Ben-Jacob, Michael | 0.67 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 01/21/2010 | Tuchman, L. | 0.17 |
| 02/02/2010 | Ben-Jacob, Michael | 1.00 |
| 03/16/2010 | Ben-Jacob, Michael | 0.75 |

01/20/2010 Tuchman, L. — 0.50
01/20/2010 Tuchman, L. — 0.50
01/20/2010 Tuchman, L. — 0.58
01/21/2010 Ben-Jacob, Michael — 0.67
01/21/2010 Tuchman, L. — 0.17
01/21/2010 Tuchman, L. — 0.17
01/21/2010 Tuchman, L. — 0.17
02/02/2010 Ben-Jacob, Michael — 1.00
03/16/2010 Ben-Jacob, Michael — 0.75
Call w/Matt re tax credits for German withholding on dividends; follow up meeting w/Greg.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355011

**KAYE SCHOLER LLP**

TO:　Argre Management LLC                                                    April 12, 2010

　　**RE:** General                                                **Invoice#:** 631064
　　**Our File Number:** 00647/0001                              **PAGE:**　2

=================================================================================

03/16/2010　Benson, Gregg M                                                       2.50
　　　　　　Discuss with mbj; foreign tax credit research and review of notice 98-5.
03/18/2010　Ben-Jacob, Michael                                                    1.17
　　　　　　Meeting w/Greg re: Foreign tax credit questions re: Irish/German
　　　　　　investment review/edit email to Matt w/conclusions.
03/18/2010　Benson, Gregg M                                                       3.75
　　　　　　Research regarding foreign tax credits through a pass-through; review
　　　　　　notice 98-5; discuss with mbj; prepare email summary.
03/22/2010　Ben-Jacob, Michael                                                    0.58
　　　　　　Call w/John; foreign tax credit matters; related meeting w/Argre re foreign
　　　　　　source income questions.
03/22/2010　Veillette, Rebecca                                                    0.50

　　　　　　██████████████████████████████████████

　　　　　　　　　　　　　　　Total Hours.................　13.01
　　　　　　　　　Fees through 03/31/2010...................................　$8,723.50


　　*--------------------------------TIME AND FEE SUMMARY---------------------------------*
　　　　　　　　　　　　　　　Rate　　　Hours　　　　Fees
　　Ben-Jacob, Michael　　　　$685.00　　　4.17　　$2,856.45
　　Tuchman, L.　　　　　　　　870.00　　　2.09　　　1,818.30
　　Benson, Gregg M　　　　　　625.00　　　6.25　　　3,906.25
　　Veillette, Rebecca　　　　　285.00　　　0.50　　　　142.50
　　　　　　　　　Fees through 03/31/2010...............　13.01　　$8,723.50


　　*-------------------------------OUTSTANDING BALANCE--------------------------------*


　　**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
　　　　　　　　　　　　**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**　　　　　**WH_MDL_00355012**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                April 12, 2010

RE: General                                      **Invoice#:** 631064
**Our File Number:** 00647/0001                          **PAGE:**    3

===============================================================================

| Invoice# | Date | Amount |
|---|---|---|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due......................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice............................................................ | $8,723.50 |
| Total Due this Invoice.................................................... | $8,723.50 |
| Prior Balance Due (from above)..................................... | 6,026.25 |
| **TOTAL DUE**............................................................. | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355013**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

  **RE:** General                                          **Invoice#:** 631064
  **Our File Number:** 00647/0001                              **PAGE:**    4

===============================================================================

<u>Kaye Scholer LLP</u>

                                                    425 Park Avenue
                                                    New York, NY  10022-3598
                                                    212-836-8000
                                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355014**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 4, 2010
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


       **RE:** General                              **Invoice#:** 632796
       **Our File Number:** 00647/0001                  **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/04/2010

On-Account Fees...............................................    $268.55
Adjusted Fees...............................................................    $268.55
**Total Due this Invoice.............................................................**    **$268.55**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355015



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 632796
Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355016



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|            |                    | Hours |
|------------|--------------------|-------|
| 04/16/2010 | Tuchman, L.        | 0.75  |
|            | ████████████████████████████████ |       |
| 04/19/2010 | Ben-Jacob, Michael | 1.08  |
|            | Attention to matters needed for Irish/German dividend deal. | |
| 04/20/2010 | Tuchman, L.        | 0.75  |
|            | ████████████████████████████████ |       |
| 04/22/2010 | Tuchman, L.        | 0.33  |
|            | ████████████████████████████ |       |
| 04/23/2010 | Ben-Jacob, Michael | 2.17  |
|            | ████████████████████████████ |       |
| 04/23/2010 | Tuchman, L.        | 4.25  |
|            | ████████████████████████████████ |       |
| 04/26/2010 | Ben-Jacob, Michael | 1.17  |
|            | ████████████████████████████ |       |
| 04/27/2010 | Ben-Jacob, Michael | 0.25  |
|            | ██████████████████████████ |       |

**KAYE SCHOLER LLP**

TO:     Argre Management LLC                                            May 10, 2010

RE: General                                                    **Invoice#:** 633095
**Our File Number:** 00647/0001                                **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════

| Date | Name | | Hours |
|---|---|---|---|
| 04/27/2010 | Schneider, W.H. | ███████████████████████ | 0.25 |
| 04/27/2010 | Tuchman, L. | | 4.58 |
| | | ███████████████████████ | |
| 04/28/2010 | Ben-Jacob, Michael | ███████████████████ | 0.25 |
| 04/28/2010 | Tuchman, L. | | 4.25 |

04/28/2010   Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and conference call with potential investor; office conferences with M. Ben-Jacob re: proposed structure; revision of steps outline and charts; research carried interest issues and office conference with G. Benson.

| Date | Name | | Hours |
|---|---|---|---|
| 04/29/2010 | Ben-Jacob, Michael | ████████████████████████ | 0.83 |
| 04/29/2010 | Schneider, W.H. | ██████████████ | 0.25 |
| 04/29/2010 | Tuchman, L. | ████████████████████████ | 1.83 |

Total Hours................ 22.99

Fees through 04/30/2010.................................. $18,940.05

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 5.75 | $3,938.75 |
| Schneider, W.H. | 875.00 | 0.50 | 437.50 |
| Tuchman, L. | 870.00 | 16.74 | 14,563.80 |
| Fees through 04/30/2010............... | | 22.99 | $18,940.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355018**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    May 10, 2010

    **RE:** General                                        **Invoice#:** 633095
    **Our File Number:** 00647/0001                         **PAGE:**    3

════════════════════════════════════════════════════════════════════════

      *----------------------COSTS ADVANCED THROUGH 04/30/2010----------------------*
        Meals                                          $77.90
                            --------------------
            Total Costs through 04/30/2010........................          $77.90


| | |
|---|---|
| Fees this Invoice..................................................... $18,940.05 | |
| Less Discount of................................................. (3,000.00) | |
| Adjusted Fees............................................................ | $15,940.05 |
| Costs this Invoice........................................................ | $77.90 |
| Total Due this Invoice.................................................. | $16,017.95 |
| Applied On-account Value............................................... | (268.55) |
| **TOTAL DUE**.................................................................... | **$15,749.40** |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      May 10, 2010

RE: General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                            **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                          425 Park Avenue
                                          New York, NY 10022-3598
                                          212-836-8000
                                          Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355020**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


**RE:** General                              **Invoice#:** 635694
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | **Hours** |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| 04/25/2010 | Tuchman, L. | 2.75 |
| 04/26/2010 | Tuchman, L. | 3.83 |
| 04/30/2010 | Tuchman, L. | 1.33 |
| 05/02/2010 | Tuchman, L. | 1.75 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    June 8, 2010

        **RE:** General                                    **Invoice#:** 635694
        **Our File Number:** 00647/0001                     **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

05/03/2010  Tuchman, L.                                              0.75
            Telephone conferences with M. Stein and J. Van Merkensteijn.
05/03/2010  Benson, Gregg M                                         4.00

            ████████████████████████████████████████████


05/04/2010  Tuchman, L.                                              0.75

            ████████████████████████████████████████████


05/05/2010  Tuchman, L.                                              0.75

            ████████████████████████████████████████████


05/05/2010  Woodard, A.F.                                            1.75
            Office conference M. Ben-Jacob; telephone conference client and review
            of material re investments.
05/06/2010  Tuchman, L.                                              1.00

            ████████████████████████████████████████████

05/06/2010  Woodard, A.F.                                            1.50
            Review of material re possible investment strategies.
05/07/2010  Woodard, A.F.                                            0.67

            ████████████████████████████████████████████

05/09/2010  Tuchman, L.                                              1.00
            ████████████████████
05/10/2010  Woodard, A.F.                                            0.25
            ████████████████████
                                                              -----------
                                   Total Hours................  24.75
                    Fees through 05/31/2010...................  $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355022**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                      June 8, 2010

     **RE:** General                                                 **Invoice#:** 635694
     **Our File Number:** 00647/0001                     **PAGE:**    3

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $870.00 | 13.91 | $12,101.70 |
| Woodard, A.F. | 895.00 | 4.17 | 3,732.15 |
| Benson, Gregg M | 625.00 | 4.00 | 2,500.00 |
| Veillette, Rebecca | 285.00 | 2.67 | 760.95 |
| Fees through 05/31/2010............... | | 24.75 | $19,094.80 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2010-----------------------\*
     Transportation                                         $132.50
                Total Costs through 05/31/2010........................     $132.50

     Fees this Invoice........................................................     $19,094.80
     Costs this Invoice.......................................................     $132.50
     **Total Due this Invoice................................................**     **$19,227.30**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           **WH_MDL_00355023**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                          June 8, 2010

     **RE:** General                                          **Invoice#:** 635694
     **Our File Number:** 00647/0001                          **PAGE:**     4

═══════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                                   425 Park Avenue
                                                   New York, NY  10022-3598
     212-836-8000
     Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355024**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    October 6, 2010
          40 West 57th Street
          New York, New York  10019
          Attn: John H. van Merkensteijn, III

**RE:** General                                           **Invoice#:** 646735
**Our File Number:** 00647/0001                                **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|  |  | Hours |
|---|---|---|
| 09/07/2010 | Ben-Jacob, Michael | 0.33 |
| 09/20/2010 | Tuchman, L. | 0.42 |
| 09/21/2010 | Ben-Jacob, Michael | 0.50 |
| 09/21/2010 | Tuchman, L. | 0.42 |
| 09/27/2010 | Ben-Jacob, Michael | 0.50 |
| 09/27/2010 | Tuchman, L. | 1.00 |

Total Hours................. 3.17

Fees through 09/30/2010................................... $2,511.85

*----------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 1.33 | $911.05 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355025**

**K**AYE SCHOLER LLP

TO:     Argre Management LLC                                    October 6, 2010

    **RE:** General                                              **Invoice#:** 646735
    **Our File Number:** 00647/0001                                  **PAGE:**     2

===============================================================================

| Tuchman, L. | 870.00 | 1.84 | 1,600.80 |
|---|---|---|---|
| Fees through 09/30/2010.............. | | 3.17 | $2,511.85 |

Fees this Invoice.............................................................     $2,511.85

**Total Due this Invoice...............................................**     **$2,511.85**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                          December 9, 2010
      40 West 57th Street
      New York, New York  10019
      Attn: John H. van Merkensteijn, III

**RE:** General                              **Invoice#:** 653901
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                       | Hours |
|------------|-----------------------|-------|
| 11/09/2010 | Ben-Jacob, Michael    | 1.67  |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. |  |
| 11/11/2010 | Ben-Jacob, Michael    | 0.25  |
|            | ███████████████████   |       |
| 11/11/2010 | Soloveichik, Sarah    | 0.17  |
|            | ███████████████████   |       |
| 11/12/2010 | Ben-Jacob, Michael    | 0.33  |
|            | ███████████████████   |       |
| 11/17/2010 | Tuchman, L.           | 2.75  |
|            | ███████████████████   |       |
| 11/18/2010 | Ben-Jacob, Michael    | 0.33  |
|            | ███████████████████   |       |
| 11/18/2010 | Gartner, Gary J       | 1.00  |
|            | ███████████████████   |       |
| 11/18/2010 | Tuchman, L.           | 0.83  |
|            | ███████████████████   |       |
| 11/19/2010 | Ben-Jacob, Michael    | 0.17  |
|            | ███████████████████   |       |
| 11/19/2010 | Gartner, Gary J       | 1.83  |
|            | ███████████████████   |       |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355028**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    December 9, 2010

    RE: General                                        **Invoice#:** 653901
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================



| Date | Timekeeper | Hours |
|------|-----------|------|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                        Total Hours................    27.67

                Fees through 11/30/2010...................................    $22,438.45


    *----------------------------------TIME AND FEE SUMMARY----------------------------------*

|  | Rate | Hours | Fees |
|------|------|------|------|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

KAYE SCHOLER LLP

| TO: | Argre Management LLC | | December 9, 2010 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **RE:** General | | **Invoice#:** 653901 | |
| **Our File Number:** 00647/0001 | | **PAGE:** 3 | |

====================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................... | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice................................................. | $22,438.45 | |
| Less Discount of................................................. | (2,069.85) | |
| Adjusted Fees........................................................... | | $20,368.60 |
| Total Due this Invoice........................................... | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**.................................................... | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 28, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 657645
**Our File Number:** 00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | **Hours** |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ███████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ██████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ██████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ██████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

RE: General                                           Invoice#: 657645
Our File Number: 00647/0001                              PAGE:   2

===================================================================

|  |  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid. |  |
|---|---|---|---|
| 12/03/2010 | Soloveichik, Sarah |  | 0.75 |
|  |  | Researched how an entity's creditable foreign tax expenditures are allocated when the entity is a hybrid.  Summarized research in email to Louis Tuchman. |  |
| 12/06/2010 | Ben-Jacob, Michael |  | 1.58 |
|  |  | Call with Jerome re German tax refund/FTC questions ████████ |  |
| 12/06/2010 | Wells, Peter B |  | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael |  | 1.08 |
| 12/07/2010 | Wells, Peter B |  | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael |  | 1.67 |
| 12/08/2010 | Tuchman, L. |  | 1.25 |
| 12/08/2010 | Wells, Peter B |  | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael |  | 0.33 |
| 12/09/2010 | Wells, Peter B |  | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael |  | 0.25 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

   **RE:** General                                            **Invoice#:** 657645
   **Our File Number:** 00647/0001                            **PAGE:**   3

═══════════════════════════════════════════════════════════════════════════

12/21/2010  Ben-Jacob, Michael     ███████████████████████              0.50

12/22/2010  Ben-Jacob, Michael     ████████████████████████             0.25

12/28/2010  Wells, Peter B                                              1.17
            ██████████████████████████████████████████████

12/30/2010  Wells, Peter B                                              0.25
            ████████████████████████████
                                                              ----------
                                          Total Hours................  30.42
               Fees through 12/31/2010...................  $18,780.00


   *--------------------------------TIME AND FEE SUMMARY--------------------------------*
                                  Rate        Hours          Fees
   Ben-Jacob, Michael          $685.00         7.83      $5,363.55
   Gartner, Gary J              930.00         3.66       3,403.80
   Scheine, Jeffrey D           820.00         0.50         410.00
   Tuchman, L.                  870.00         3.67       3,192.90
   Soloveichik, Sarah           290.00         3.25         942.50
   Wells, Peter B               475.00        11.51       5,467.25
                Fees through 12/31/2010...............    30.42     $18,780.00



        Fees this Invoice...................................    $18,780.00
        Less Discount of...............................       (3,780.00)
        Adjusted Fees...........................................................    $15,000.00

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355034**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

    **RE:** General                                                    **Invoice#:** 657645
    **Our File Number:** 00647/0001                          **PAGE:**    4

**Total Due this Invoice**...................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355036

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                          March 15, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

| | | Hours |
|---|---|---:|
| 02/01/2011 | Ben-Jacob, Michael | 1.33 |
| | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. | |
| 02/02/2011 | Ben-Jacob, Michael | 1.00 |
| | Call with John re ex-dividend transaction; related consideration of memo. | |
| 02/03/2011 | Ben-Jacob, Michael | 0.25 |
| | Attention to memo. | |
| 02/04/2011 | Abramowitz, L. | 0.50 |
| | Office conference Ben-Jacob; research UBTI with respect to church; correspondence. | |
| 02/04/2011 | Ben-Jacob, Michael | 0.58 |
| | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues. | |
| 02/06/2011 | Ben-Jacob, Michael | 0.33 |
| | Review US/German Tax treaty and structuring memo. | |
| 02/07/2011 | Ben-Jacob, Michael | 1.25 |
| | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. | |
| 02/07/2011 | Tuchman, L. | 1.67 |
| | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. | |
| 02/07/2011 | Woodard, A.F. | 0.17 |
| | Review of material re German investment. | |
| 02/07/2011 | Wells, Peter B | 1.25 |
| | [redacted] | |
| 02/08/2011 | Ben-Jacob, Michael | 1.25 |
| | Call with Matt, John and Jerome re ex-dividend transaction; [redacted] | |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                    March 15, 2011

**RE:** General                                 **Invoice#:** 663115
**Our File Number:** 00647/0001          **PAGE:**   2

---

| | | | |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | | |
| 02/08/2011 | Woodard, A.F. | | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | | |
| 02/08/2011 | Wells, Peter B | | 1.00 |
| | ██████████████████████████████████ | | |
| 02/09/2011 | Ben-Jacob, Michael | | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | | |
| 02/09/2011 | Tuchman, L. | | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | | |
| 02/09/2011 | Woodard, A.F. | | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | | |
| 02/09/2011 | Wells, Peter B | | 0.67 |
| | ██████████████████████████████████ | | |
| 02/09/2011 | Wells, Peter B | | 1.50 |
| | ██████████████████████████████████ | | |
| 02/10/2011 | Ben-Jacob, Michael | | 0.50 |
| | ██████████████████████████████████ | | |
| 02/10/2011 | Eichel, Steven R | | 0.54 |
| | ██████████████████████████████████ | | |
| 02/10/2011 | Wells, Peter B | | 1.50 |
| | ██████████████████████████████████ | | |
| 02/11/2011 | Ben-Jacob, Michael | | 0.75 |
| | ██████████████████████████████████ | | |
| 02/11/2011 | Eichel, Steven R | | 0.67 |
| | ██████████████████████████████████ | | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**       **WH_MDL_00355038**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                        March 15, 2011

RE: General                                                  **Invoice#:** 663115
**Our File Number:** 00647/0001                              **PAGE:**    3



| Date | Name | | Hours |
|---|---|---|---|
| 02/11/2011 | Wells, Peter B | | 1.25 |
| 02/14/2011 | Wells, Peter B | | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/16/2011 | Wells, Peter B | | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/23/2011 | Eichel, Steven R | | 0.17 |
| 02/23/2011 | Wells, Peter B | | 0.75 |
| 02/24/2011 | Wells, Peter B | | 1.00 |
| 02/25/2011 | Wells, Peter B | | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | | 0.08 |
| 02/28/2011 | Wells, Peter B | | 0.75 |

Total Hours.................    35.55

Fees through 02/28/2011.....................................    $24,855.40

*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                            Rate         Hours          Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355039**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          March 15, 2011

RE: General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                      **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice...............................................    $24,855.40
Less Discount of...............................................    (4,000.00)
Adjusted Fees.................................................................    $20,855.40
**Total Due this Invoice...............................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355041**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

August 9, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 676549
**PAGE:**    1

<hr>

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|  |  | Hours |
|---|---|---|
| 07/12/2011 | Eichel, Steven R | 0.75 |
| 07/19/2011 | Tuchman, L. | 0.75 |
|  | Total Hours.............. | 1.50 |
|  | Fees through 07/31/2011.................................... | $1,173.75 |

*--------------------------------TIME AND FEE SUMMARY-------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $875.00 | 0.75 | $656.25 |
| Eichel, Steven R | 690.00 | 0.75 | 517.50 |
| Fees through 07/31/2011............... | | 1.50 | $1,173.75 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2011----------------------*

| | |
|---|---|
| Transportation | $293.70 |
| Messengers/Courier | 26.25 |
| Total Costs through 07/31/2011......................... | $319.95 |

| | |
|---|---|
| Fees this Invoice............................................................... | $1,173.75 |
| Costs this Invoice.............................................................. | $319.95 |
| **Total Due this Invoice.............................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER      WH_MDL_00355043



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 12, 2011
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III


**RE:** General                                    **Invoice#:** 679893
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  |  | **Hours** |
|---|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | | 1.00 |
| ███████████████████████████████ | | | |
| 08/16/2011 | Ben-Jacob, Michael | | 0.17 |
| ██████████████████████ | | | |
| | | Total Hours................ | 1.17 |
| | Fees through 08/31/2011.................................... | | $830.70 |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due........................................................................ | | $1,493.70 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                September 12, 2011

    **RE:** General                                                          **Invoice#:** 679893
    **Our File Number:** 00647/0001                                    **PAGE:**    2

---

Fees this Invoice.................................................................    $830.70

Total Due this Invoice........................................................    $830.70

Prior Balance Due (from above).........................................    1,493.70

**TOTAL DUE.......................................................................**    **$2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                          October 11, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III


      **RE:** General                              **Invoice#:** 682560
      **Our File Number:** 00647/0001                     **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|            |                                                                                            | **Hours** |
|------------|--------------------------------------------------------------------------------------------|-----------|
| 09/12/2011 | Ben-Jacob, Michael                                                                         | 0.42      |
|            | Call with Matt regarding pension structure for next ex-dividend deal.                      |           |
| 09/12/2011 | Woodard, A.F.                                                                              | 1.75      |
|            | Office conference M. Ben-Jacob and research re proposed transaction.                       |           |
| 09/13/2011 | Woodard, A.F.                                                                              | 3.17      |
|            | Office conference M. Ben-Jacob and research re proposed transaction.                       |           |
| 09/14/2011 | Woodard, A.F.                                                                              | 4.00      |
|            | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. |           |
| 09/15/2011 | Ben-Jacob, Michael                                                                         | 1.25      |
|            | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. |           |
| 09/15/2011 | Woodard, A.F.                                                                              | 2.17      |
|            | Office conference M. Ben-Jacob and review of material re UBTI and other issues.            |           |
| 09/16/2011 | Woodard, A.F.                                                                              | 0.83      |
|            | Review of material re UBTI and other issues.                                               |           |
| 09/20/2011 | Woodard, A.F.                                                                              | 0.25      |
|            | Telephone conference L. Tuchman re UBTI.                                                   |           |
| 09/21/2011 | Woodard, A.F.                                                                              | 1.42      |
|            | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. |           |
| 09/22/2011 | Woodard, A.F.                                                                              | 0.42      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355047**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                                    Invoice#: 682560
Our File Number: 00647/0001                                    PAGE:    2

═══════════════════════════════════════════════════════════════════════════

████████████████████████████████

09/23/2011   Woodard, A.F.                                                0.50
██████████████████████████████

09/28/2011   Ben-Jacob, Michael                                           0.17
████████████████████████████████████

09/28/2011   Veillette, Rebecca                                           2.25
███████████████████████████████████████
███████████████████████████████████████

09/29/2011   Veillette, Rebecca                                           0.25
███████████████████████████████████

09/30/2011   Veillette, Rebecca                                           1.08
████████████████████████████████           ----------
                                           Total Hours................   19.93

            Fees through 09/30/2011....................   $13,970.50


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                          Rate          Hours          Fees
Ben-Jacob, Michael       $710.00         1.84        $1,306.40
Woodard, A.F.             800.00        14.51        11,608.00
Veillette, Rebecca        295.00         3.58         1,056.10

            Fees through 09/30/2011...............   19.93    $13,970.50

      *-----------------------COSTS ADVANCED THROUGH 09/30/2011-----------------------*
      Corp. Filings & Searches                         $661.75
                                                    --------------------
            Total Costs through 09/30/2011.........................   $661.75


      Fees this Invoice.........................................................   $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355048**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                                **Invoice#:** 682560
**Our File Number:** 00647/0001                             **PAGE:**    3

Costs this Invoice...............................................................    $661.75
**Total Due this Invoice**...............................................    **$14,632.25**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    November 14, 2011
     40 West 57th Street
     New York, New York 10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 685991
**Our File Number:** 00647/0001                                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                        | Hours |
|------------|------------------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                                     | 0.08  |
| 10/03/2011 | Eichel, Steven R                                                       | 1.83  |
| 10/04/2011 | Veillette, Rebecca                                                     | 0.33  |
| 10/05/2011 | Eichel, Steven R                                                       | 0.67  |
| 10/05/2011 | Veillette, Rebecca                                                     | 0.42  |
| 10/10/2011 | Ben-Jacob, Michael                                                     | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.          |       |
| 10/10/2011 | Woodard, A.F.                                                          | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.                 |       |
| 10/12/2011 | Ben-Jacob, Michael                                                     | 0.50  |
| 10/12/2011 | Woodard, A.F.                                                          | 0.50  |
|            | Review of material.                                                    |       |
| 10/13/2011 | Woodard, A.F.                                                          | 1.50  |
|            | Review of material re proposed transaction.                            |       |
| 10/17/2011 | Briggs, Lindsey V                                                      | 0.33  |
| 10/18/2011 | Ben-Jacob, Michael                                                     | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody.      |       |
| 10/19/2011 | Ben-Jacob, Michael                                                     | 0.50  |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          November 14, 2011

**RE:** General                                                     **Invoice#:** 685991
**Our File Number:** 00647/0001                                     **PAGE:**    2

====================================================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend
planning.
10/19/2011    Woodard, A.F.                                                   1.25
██████████████████████████████████████████████████████;
conference call M. Ben-Jacob and client re proposed investment.
                                                        Total Hours............... 9.41

                  Fees through 10/31/2011................................. $6,535.85


        *----------------------------TIME AND FEE SUMMARY----------------------------*
                                Rate          Hours         Fees
        Ben-Jacob, Michael      $710.00       2.33          $1,654.30
        Woodard, A.F.           800.00        3.50          2,800.00
        Eichel, Steven R        690.00        2.50          1,725.00
        Briggs, Lindsey V       410.00        0.33          135.30
        Veillette, Rebecca      295.00        0.75          221.25

                  Fees through 10/31/2011...............    9.41          $6,535.85


        Fees this Invoice..........................................................  $6,535.85
        **Total Due this Invoice...............................................**  **$6,535.85**

                  **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355053



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                December 12, 2011
        40 West 57th Street
        New York, New York  10019

**RE:** General                           **Invoice#:** 688474
**Our File Number:** 00647/0001        **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

| | | Hours |
|---|---|---|
| 11/08/2011 | Tuchman, L. | 1.25 |
| | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L. | 0.75 |
| | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
| | Call with Matt and Jerome regarding potential planning. | |
| | Total Hours................. | 2.25 |
| | Fees through 11/30/2011................................... | $1,927.50 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $224.25 |
| Total Costs through 11/30/2011......................... | $224.25 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

    **RE:** General                                                      **Invoice#:** 688474
    **Our File Number:** 00647/0001                            **PAGE:**    2

---

    Prior Balance Due............................................................    $6,535.85

    Fees this Invoice...........................................................    $1,927.50
    Costs this Invoice.........................................................    $224.25
    Total Due this Invoice..................................................    $2,151.75
    Prior Balance Due (from above)..................................    6,535.85
    **TOTAL DUE**...............................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    March 31, 2012
        40 West 57th Street
        New York, New York  10019

**RE:** General                                        **Invoice#:** 696544
**Our File Number:**00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | **Hours** |
|---|---|---|
| 12/07/2011 | Veillette, Rebecca | 1.00 |
| 12/08/2011 | Veillette, Rebecca | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael | 0.75 |
| 12/20/2011 | Briggs, Lindsey V | 0.25 |
| 12/21/2011 | Briggs, Lindsey V | 0.42 |
| 12/21/2011 | Veillette, Rebecca | 0.50 |
| 12/22/2011 | Veillette, Rebecca | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael | 0.33 |
| 02/23/2012 | Stromberg, Thomas | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355057**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                             March 31, 2012

RE: General                                                    Invoice#: 696544
Our File Number: 00647/0001                                    PAGE:    2

═══════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| 02/23/2012 | Sluder, Elizabeth C | ██████████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | ██████ | 0.50 |
| 02/27/2012 | Stromberg, Thomas | ██████████████ | 1.00 |
| 02/27/2012 | Sluder, Elizabeth C | ████████ | 4.58 |
| 02/28/2012 | Stromberg, Thomas | ████████████████████ | 1.25 |
| 02/28/2012 | Sluder, Elizabeth C | ██████████ | 1.17 |
| 03/05/2012 | Wells, Peter B | ████████ | 2.25 |
| 03/06/2012 | Wells, Peter B | ████████████████ | 1.00 |
| 03/15/2012 | Wells, Peter B | ████████ Work on | 5.00 |

issues related to due diligence for IRAs.

----------

Total Hours................. 24.34

Fees through 03/31/2012.................................... $14,797.45

*------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355058

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                                     March 31, 2012

    **RE:** General                                                          **Invoice#:** 696544
    **Our File Number:** 00647/0001                                    **PAGE:**    3

===========================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

\*)      rate changed during the timespan of the bill

\*-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------\*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice.............................................................. | $14,797.45 |
| Costs this Invoice............................................................. | $449.09 |
| **Total Due this Invoice.............................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    May 14, 2012
     40 West 57th Street
     New York, New York  10019


**RE:** General                                          **Invoice#:** 702756
**Our File Number:** 00647/0001                              **PAGE:**    1

==================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

==================================================================

|                                                        | **Hours** |
|--------------------------------------------------------|-----------|
| 04/05/2012  Ben-Jacob, Michael                         | 0.92      |
| 04/24/2012  Ben-Jacob, Michael                         | 1.00      |
| Total Hours.................                            | 1.92      |
| Fees through 04/30/2012...................................  $1,401.60 |  |


*-------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Ben-Jacob, Michael   | $730.00  | 1.92  | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92  | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Messengers/Courier                         | $26.25  |
|--------------------------------------------|---------|
| Filing Fees/Court Fees                     | 105.00  |
| Total Costs through 04/30/2012......................... | $131.25 |


| Fees this Invoice........................................................... | $1,401.60 |
|-----------------------------------------------------------------------------|-----------|
| Costs this Invoice..........................................................  | $131.25   |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355061

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    May 14, 2012

RE: General                                                         **Invoice#:** 702756
**Our File Number:** 00647/0001                              **PAGE:**    2

=========================================================================

**Total Due this Invoice**..................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355062

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 18, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                        **Invoice#:** 705166
**Our File Number:**00647/0001                              **PAGE:**    1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/31/2012

===============================================================

                                                              **Hours**
                                                              --------
05/03/2012  Ben-Jacob, Michael                                  1.58
███████████████████████████████████████████████████
05/04/2012  Ben-Jacob, Michael                                  1.67
████████████████████████████████████████████████████████
                                                              ---------
                              Total Hours................     3.25
            Fees through 05/31/2012...................     $2,372.50


\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*
                                Rate          Hours           Fees
Ben-Jacob, Michael            $730.00          3.25         $2,372.50
            Fees through 05/31/2012...............      3.25         $2,372.50

      \*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*
            Transportation                              $11.00
            Messengers/Courier                           34.06
                                                   -----------------
            Total Costs through 05/31/2012........       $45.06

      \*--------------------------------OUTSTANDING BALANCE--------------------------------\*
            **Invoice#**            **Date**                        **Amount**
            702756              05/14/2012                      $1,532.85


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                June 18, 2012

**RE:** General                                                          **Invoice#:** 705166
**Our File Number:** 00647/0001                                              **PAGE:**    2

Prior Balance Due.......................................................    $1,532.85


Fees this Invoice........................................................    $2,372.50
Costs this Invoice.......................................................      $45.06
Total Due this Invoice...............................................    $2,417.56
Prior Balance Due (from above)..................................    1,532.85
**TOTAL DUE**..........................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355066



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 708329
**Our File Number:**00647/0001                                  **PAGE:**    1

===============================================================

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

===============================================================

|            |                           | **Hours** |
|------------|---------------------------|----------:|
| 06/05/2012 | Veillette, Rebecca        | 0.33 |
| 06/06/2012 | Veillette, Rebecca        | 0.33 |
| 06/12/2012 | Veillette, Rebecca        | 1.00 |
| 06/14/2012 | Ben-Jacob, Michael        | 0.67 |
| 06/15/2012 | Veillette, Rebecca        | 0.50 |
| 06/22/2012 | Veillette, Rebecca        | 0.33 |
| 06/27/2012 | Veillette, Rebecca        | 0.50 |

                                            Total Hours................. 3.66

              Fees through 06/30/2012.................................... $1,371.15

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                      | Rate     | Hours | Fees     |
|----------------------|----------|-------|----------|
| Ben-Jacob, Michael   | $730.00  | 0.67  | $489.10  |
| Veillette, Rebecca   | 295.00   | 2.99  | 882.05   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

# KAYE SCHOLER LLP

TO:    Argre Management LLC                                                July 17, 2012

    **RE:** General                                                      **Invoice#:** 708329
    **Our File Number:** 00647/0001                                      **PAGE:**    2

===============================================================================

Fees through 06/30/2012...............        3.66          $1,371.15


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due............................................................ | | $3,950.41 |


| | |
|---|---|
| Fees this Invoice............................................................ | $1,371.15 |
| Total Due this Invoice...................................................... | $1,371.15 |
| Prior Balance Due (from above).......................................... | 3,950.41 |
| **TOTAL DUE**............................................................ | **$5,321.56** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
    153 East 53rd Street
    New York, New York 10022
    Attention: Marsha Burnett
    Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355069



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 16, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                       **Invoice#:** 711502
**Our File Number:** 00647/0001                           **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

|  |  | **Hours** |
|---|---|---:|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|  | Attention to forming Rajan Investments LLC. | |
|  | Total Hours................ | 1.33 |
|  | Fees through 07/31/2012.................................... | $392.35 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Veillette, Rebecca | $295.00 | 1.33 | $392.35 |
| Fees through 07/31/2012.............. | | 1.33 | $392.35 |

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| **Invoice#** | **Date** | **Amount** |
|---|---|---:|
| 708329 | 07/17/2012 | $1,371.15 |
| Prior Balance Due............................................................... | | $1,371.15 |

| | |
|---|---:|
| Fees this Invoice............................................................... | $392.35 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355070**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    August 16, 2012

    **RE:** General                                                 **Invoice#:** 711502
    **Our File Number:** 00647/0001                                **PAGE:**    2

---

    Total Due this Invoice................................................................    $392.35
    Prior Balance Due (from above)................................................    1,371.15
    **TOTAL DUE**................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355072**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    September 13, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                          **Invoice#:** 713751
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | Hours |
|---|---|---|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca<br>Rajan Investments - operating agreement. | 0.67 |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355073**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                     September 13, 2012

   **RE:** General                                            **Invoice#:** 713751
   **Our File Number:** 00647/0001                              **PAGE:**    2

====================================================================================

Fees this Invoice...................................................................    $1,114.50
                                                                                       ‾‾‾‾‾‾‾‾‾‾
**Total Due this Invoice..............................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          November 20, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                    **Invoice#:** 720986
**Our File Number:** 00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|  |  | **Hours** |
|---|---|---|
| 09/27/2012 | Ben-Jacob, Michael | 0.08 |
| 09/28/2012 | Ben-Jacob, Michael | 1.42 |
| 09/29/2012 | Ben-Jacob, Michael | 0.17 |
| 10/07/2012 | Ben-Jacob, Michael | 0.17 |
| 10/11/2012 | Wittenberg, Daniella T | 0.33 |
| 10/16/2012 | Veillette, Rebecca | 0.25 |
| 10/17/2012 | Wells, Peter B | 0.75 |
| 10/17/2012 | Veillette, Rebecca | 0.50 |
| 10/24/2012 | Veillette, Rebecca | 1.25 |
| 10/25/2012 | Wells, Peter B | 1.00 |
| 10/25/2012 | Veillette, Rebecca | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                   November 20, 2012

RE: General                                                   **Invoice#:** 720986
**Our File Number:** 00647/0001                               **PAGE:**    2

========================================================================

10/26/2012  Veillette, Rebecca                                          0.50

                                                                    ----------
                                          Total Hours................  7.92
                  Fees through 10/31/2012...................   $3,804.90


     *--------------------------------TIME AND FEE SUMMARY--------------------------------*
                              Rate          Hours          Fees
     Ben-Jacob, Michael       $730.00        1.84        $1,343.20
     Wells, Peter B            640.00        1.75         1,120.00
     Wittenberg, Daniella T    490.00        0.33           161.70
     Veillette, Rebecca        295.00        4.00         1,180.00

               Fees through 10/31/2012...............    7.92        $3,804.90

        *----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
             Corp. Filings & Searches                     $2,633.00
             Conference & Legal Staff/Travel Working Meals      27.57
                                                          -------------------
             Total Costs through 10/31/2012........................   $2,660.57


        Fees this Invoice.................................................   $3,804.90
        Costs this Invoice................................................   $2,660.57
        **Total Due this Invoice................................................   $6,465.47**

                  **Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

December 10, 2012

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 722890
**PAGE:**  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                      | Hours |
|------------|----------------------|-------|
| 11/01/2012 | Wells, Peter B       | 1.42  |
| 11/05/2012 | Wells, Peter B       | 1.50  |
| 11/07/2012 | Gartner, Gary J      | 1.50  |
| 11/08/2012 | Gartner, Gary J      | 0.83  |
| 11/08/2012 | Veillette, Rebecca   | 1.33  |
| 11/09/2012 | Gartner, Gary J      | 0.67  |
| 11/12/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/14/2012 | Gartner, Gary J      | 1.08  |
| 11/15/2012 | Ben-Jacob, Michael   | 0.08  |
| 11/15/2012 | Gartner, Gary J      | 1.17  |
|            | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J      | 1.17  |
|            | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J      | 0.50  |
|            | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J      | 0.75  |
|            | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J      | 1.50  |
|            | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**           WH_MDL_00355079

KAYE SCHOLER LLP

TO:    Argre Management LLC                                        December 10, 2012

RE: General                                                        Invoice#: 722890
Our File Number: 00647/0001                                        PAGE:   2

---

11/29/2012  Gartner, Gary J                                                        1.17
            Review of authorities on possible trade.

                                            Total Hours.................      14.75

            Fees through 11/30/2012....................................  $12,924.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 0.16 | $116.80 |
| Gartner, Gary J | 1,020.00 | 10.34 | 10,546.80 |
| Wells, Peter B | 640.00 | 2.92 | 1,868.80 |
| Veillette, Rebecca | 295.00 | 1.33 | 392.35 |
| Fees through 11/30/2012.............. | | 14.75 | $12,924.75 |

\*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------\*
            Transportation                                              $84.81
            Total Costs through 11/30/2012........................      $84.81

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 720986 | 11/20/2012 | $6,465.47 |
| Prior Balance Due................................................... | | $6,465.47 |

Fees this Invoice................................................................  $12,924.75
Costs this Invoice................................................................      $84.81
Total Due this Invoice................................................................  $13,009.56
Prior Balance Due (from above)...................................................      6,465.47
**TOTAL DUE**................................................................  **$19,475.03**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 727062
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | Hours |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
| 12/05/2012 | Wells, Peter B | 1.75 |
|  | Total Hours................ | 3.75 |
|  | Fees through 12/31/2012..................................... | $2,400.00 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... |  | 3.75 | $2,400.00 |

| Fees this Invoice........................................................... | $2,400.00 |
|---|---|
| **Total Due this Invoice...............................................** | **$2,400.00** |

**Please remit payment within thirty (30) days.**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355083**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

February 21, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 728997
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|  |  | **Hours** |
|---|---|---|
| 01/22/2013 | Veillette, Rebecca | 0.50 |
| 01/24/2013 | Tuchman, L. | 1.00 |
| 01/25/2013 | Tuchman, L. | 2.50 |
| 01/28/2013 | Tuchman, L. | 2.75 |
| 01/28/2013 | Veillette, Rebecca | 1.08 |
|  | Total Hours................ | 7.83 |

Fees through 01/31/2013................................... $6,231.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $920.00 | 6.25 | $5,750.00 |
| Veillette, Rebecca | 305.00 | 1.58 | 481.90 |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

\*-----------------------COSTS ADVANCED THROUGH 01/31/2013-----------------------\*

| Reporters/Transcripts Fee | $99.00 |
|---|---|
| Total Costs through 01/31/2013........................ | $99.00 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 727062 | 01/29/2013 | $2,400.00 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    February 21, 2013

**RE:** General                                               **Invoice#:** 728997
**Our File Number:** 00647/0001                               **PAGE:**    2

Prior Balance Due................................................................    $2,400.00

Fees this Invoice................................................................    $6,231.90
Costs this Invoice...............................................................    $99.00
Total Due this Invoice..........................................................    $6,330.90
Prior Balance Due (from above)................................................    2,400.00
**TOTAL DUE**................................................................    **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## **WIRE TRANSFER INSTRUCTIONS**

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355086



**425 Park Avenue**
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 731658
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2013

|  |  | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |
|  | Total Hours.............. | 1.58 |
|  | Fees through 02/28/2013................................. | $481.90 |

*----------------------------TIME AND FEE SUMMARY----------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

*----------------------------OUTSTANDING BALANCE----------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due............................................... | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice.......................................... | $481.90 |
| Total Due this Invoice.................................. | $481.90 |
| Prior Balance Due (from above).................. | 6,330.90 |
| **TOTAL DUE**.............................................. | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355088



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    April 22, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                        **Invoice#:** 734523
**Our File Number:** 00647/0001                         **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 03/04/2013 | Tuchman, L.        | 1.42      |
| 03/05/2013 | Tuchman, L.        | 1.75      |
| 03/06/2013 | Tuchman, L.        | 1.75      |
| 03/07/2013 | Tuchman, L.        | 1.00      |
| 03/07/2013 | Benson, Gregg M    | 4.00      |
| 03/08/2013 | Tuchman, L.        | 1.25      |
| 03/08/2013 | Benson, Gregg M    | 2.25      |
| 03/11/2013 | Tuchman, L.        | 1.75      |
| 03/13/2013 | Tuchman, L.        | 1.00      |
| 03/13/2013 | Benson, Gregg M    | 1.50      |
| 03/18/2013 | Schneider, W.H.    | 0.25      |
| 03/18/2013 | Snider, Vassa G    | 0.92      |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                      April 22, 2013

RE: General                                                     **Invoice#:** 734523
**Our File Number:** 00647/0001                                 **PAGE:**    2

===================================================================

████████████████████████████████████

| 03/19/2013 | Snider, Vassa G | 0.42 |

████████████████████████

| 03/20/2013 | Veillette, Rebecca | 0.33 |

Attention to Bernina LLC documentation.

Total Hours................. 19.59

Fees through 03/31/2013.................................... $15,301.05

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Schneider, W.H. | $925.00 | 0.25 | $231.25 |
| Tuchman, L. | 920.00 | 9.92 | 9,126.40 |
| Benson, Gregg M | 715.00 | 7.75 | 5,541.25 |
| Snider, Vassa G | 225.00 | 1.34 | 301.50 |
| Veillette, Rebecca | 305.00 | 0.33 | 100.65 |
| Fees through 03/31/2013............... | | 19.59 | $15,301.05 |

\*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*

| Filing Fees/Court Fees | $125.00 |
|---|---|
| Total Costs through 03/31/2013......................... | $125.00 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 731658 | 03/25/2013 | $481.90 |
| Prior Balance Due......................................................... | | $481.90 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355090**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                        April 22, 2013

**RE:** General                                              **Invoice#:** 734523
**Our File Number:** 00647/0001                                    **PAGE:**    3

Fees this Invoice..................................................................    $15,301.05
Costs this Invoice...............................................................      $125.00
Total Due this Invoice.........................................................    $15,426.05
Prior Balance Due (from above)............................................      481.90
**TOTAL DUE**...................................................................    **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     153 East 53rd Street
     New York, New York 10022
     Attention: Marsha Burnett
     Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          May 22, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                              **Invoice#:** 737633
**Our File Number:**00647/0001                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

|            |                      | **Hours** |
|------------|----------------------|-----------|
| 04/08/2013 | Ben-Jacob, Michael   | 1.00      |
| 04/08/2013 | Schneider, W.H.      | 0.50      |
| 04/09/2013 | Ben-Jacob, Michael   | 0.25      |
| 04/09/2013 | Schneider, W.H.      | 0.75      |
| 04/09/2013 | Benson, Gregg M      | 0.50      |
| 04/10/2013 | Ben-Jacob, Michael   | 0.75      |
| 04/10/2013 | Schneider, W.H.      | 0.50      |
| 04/11/2013 | Benson, Gregg M      | 1.50      |
| 04/12/2013 | Schneider, W.H.      | 0.50      |
| 04/15/2013 | Ben-Jacob, Michael   | 0.67      |
| 04/15/2013 | Schneider, W.H.      | 0.25      |
| 04/15/2013 | Benson, Gregg M      | 2.17      |
| 04/16/2013 | Schneider, W.H.      | 0.25      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355093**



TO:    Argre Management LLC                                    May 22, 2013

**RE:** General                                              **Invoice#:** 737633
**Our File Number:** 00647/0001                              **PAGE:**    2

04/16/2013  Benson, Gregg M                                              3.00

04/17/2013  Ben-Jacob, Michael                                           0.42

04/17/2013  Schneider, W.H.                                              1.00

04/17/2013  Benson, Gregg M                                              0.50

04/25/2013  Ben-Jacob, Michael                                           0.17

04/26/2013  Ben-Jacob, Michael                                           0.08

04/30/2013  Ben-Jacob, Michael                                           0.17

                                          Total Hours................  14.93
                Fees through 04/30/2013...................  $11,602.85


*---------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate     | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Ben-Jacob, Michael  | $755.00  | 3.51  | $2,650.05 |
| Schneider, W.H.     | 925.00   | 3.75  | 3,468.75  |
| Benson, Gregg M     | 715.00   | 7.67  | 5,484.05  |
|                     | Fees through 04/30/2013............... | 14.93 | $11,602.85 |


Fees this Invoice............................................................  $11,602.85
**Total Due this Invoice................................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355094**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 737633
      Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355095



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              August 26, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                          **Invoice#:** 745613
**Our File Number:** 00647/0001                          **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| 07/29/2013 | Veillette, Rebecca | 0.42 |

                                          Total Hours................ 2.34
                    Fees through 07/31/2013................... $713.70


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


Fees this Invoice.......................................................................... $713.70
**Total Due this Invoice............................................................. $713.70**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355097



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      September 10, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                          **Invoice#:** 747225
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  | **Hours** |
|---|---|---:|
| 08/09/2013 | Ben-Jacob, Michael | 0.50 |
| | ███████████████████████ | |
| 08/12/2013 | Sausen, David | 1.00 |
| | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
| | ███████████████ | |
| 08/15/2013 | Veillette, Rebecca | 1.50 |
| | ███████████████ | |
| 08/16/2013 | Sausen, David | 0.50 |
| | ███████████████ Telephone conference with M. Ben-Jaocb. ███████ | |
| 08/21/2013 | Veillette, Rebecca | 1.25 |
| | █████████████ | |
| 08/26/2013 | Ben-Jacob, Michael | 1.00 |
| | ███████████████████ | |
| 08/26/2013 | Sausen, David | 1.50 |
| | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ██████████████ | |
| 08/27/2013 | Veillette, Rebecca | 1.25 |
| | ███████████████ | |

Total Hours................ 8.50

Fees through 08/31/2013................................... $4,542.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355098

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    September 10, 2013

**RE:** General                                               **Invoice#:** 747225
**Our File Number:** 00647/0001                               **PAGE:**    2

====================================================================================

|                          | Rate      | Hours | Fees        |
|--------------------------|-----------|-------|-------------|
| Ben-Jacob, Michael       | $755.00   | 1.50  | $1,132.50   |
| Sausen, David            | 730.00    | 3.00  | 2,190.00    |
| Veillette, Rebecca       | 305.00    | 4.00  | 1,220.00    |
| Fees through 08/31/2013............... | | 8.50  | $4,542.50   |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date       | Amount   |
|----------|------------|----------|
| 745613   | 08/26/2013 | $713.70  |
| Prior Balance Due........................................................... | | $713.70 |


Fees this Invoice........................................................... $4,542.50
Total Due this Invoice................................................... $4,542.50
Prior Balance Due (from above)................................... 713.70
**TOTAL DUE........................................................... $5,256.20**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 747225
      Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    October 7, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                              **Invoice#:** 749882
**Our File Number:**00647/0001                               **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                    | Hours |
|------------|--------------------|------:|
| 09/10/2013 | Sausen, David      | 0.50  |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca | 1.50  |
|            | ███████████████    |       |
| 09/11/2013 | Veillette, Rebecca | 1.08  |
|            | ███████████████    |       |
| 09/30/2013 | Ben-Jacob, Michael | 0.33  |
|            | ████████████████   |       |

Total Hours.................  3.41

Fees through 09/30/2013....................................  $1,401.05


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                    | Rate    | Hours | Fees      |
|--------------------|--------:|------:|----------:|
| Ben-Jacob, Michael | $755.00 | 0.33  | $249.15   |
| Sausen, David      | 730.00  | 0.50  | 365.00    |
| Veillette, Rebecca | 305.00  | 2.58  | 786.90    |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |

Fees this Invoice.........................................................................  $1,401.05

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                October 7, 2013

   **RE:** General                                   **Invoice#:** 749882
   **Our File Number:** 00647/0001                          **PAGE:**    2

===============================================================================

   **Total Due this Invoice**..................................................    **$1,401.05**

   **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355102**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                           November 15, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                      **Invoice#:** 754424
**Our File Number:**00647/0001                       **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2013

|  |  | **Hours** |
|---|---|---:|
| 10/06/2013 | Sausen, David | 3.00 |
| | Tax research. Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
| | ████████████████████ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
| | ██████████████████████████ | |
| 10/09/2013 | Sausen, David | 1.00 |
| | ██████████████████████████████████ | |
| 10/10/2013 | Sausen, David | 1.00 |
| | Discussions with G. Gartner and M. Ben-Jacob. Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

Total Hours.................     7.00

Fees through 10/31/2013...................................    $5,245.00

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*------------------------COSTS ADVANCED THROUGH 10/31/2013----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    November 15, 2013

**RE:** General                                              **Invoice#:** 754424
**Our File Number:** 00647/0001                               **PAGE:**    2

---

Consultants/Experts                                          $1,100.00
    Total Costs through 10/31/2013.........................    $1,100.00


Fees this Invoice........................................................    $5,245.00
Costs this Invoice.......................................................    $1,100.00
**Total Due this Invoice.................................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2013
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 756477
**Our File Number:** 00647/0001                             **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

```
        *-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*
        Consultants/Experts                                    $3,000.00
                                                          -------------------
             Total Costs through 11/30/2013........................    $3,000.00


        Costs this Invoice................................................................    $3,000.00
        Total Due this Invoice.......................................................    $3,000.00
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                      **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
               Mail Code 81
               P. O. Box 11839
               Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
     153 East 53rd Street
     New York, New York 10022
     Attention: Marsha Burnett
     Telephone: 212.559.3787

     ABA Routing Number: 021000089
     Bank Identification Code/SWIFT Code: CITIUS33
     Account Name: Kaye Scholer LLP
     Account Number: 9981494431

     RE: Argre Management LLC
     Our File Number: 00647/0001
     Invoice Number: 756477
     Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355108



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                          January 13, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                    **Invoice#:** 760179
**Our File Number:**00647/0001                     **PAGE:**   1

===================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 12/31/2013

===================================================================

|  |  | **Hours** |
|---|---|---|
| 12/11/2013 | Sausen, David | 0.75 |
| 12/12/2013 | Sausen, David | 0.25 |
| 12/16/2013 | Ben-Jacob, Michael | 0.25 |
| 12/17/2013 | Sausen, David | 0.50 |

Total Hours................. 1.75

Fees through 12/31/2013.................................... $1,283.75


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |


Fees this Invoice.......................................................... $1,283.75


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355109**

KAYE | SCHOLER LLP

TO:    Argre Management LLC                                  January 13, 2014

**RE:** General                                           **Invoice#:** 760179
**Our File Number:** 00647/0001                            **PAGE:**    2

========================================================================

**Total Due this Invoice..................................................**          **$1,283.75**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355110**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 760179
Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355111**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                     February 20, 2014
        40 West 57th Street
        New York, New York 10019
        alicia@argremgt.com

**RE:** General                               **Invoice#:** 762871
**Our File Number:**00647/0001               **PAGE:**   1

---

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  | **Hours** |
|---|---|
| 01/29/2014  Veillette, Rebecca | 0.33 |

|  |  |
|---|---|
| Total Hours................. | 0.33 |
| Fees through 01/31/2014................................... | $103.95 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | |
|---|---|
| Fees this Invoice........................................................................... | $103.95 |
| **Total Due this Invoice...............................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**       **WH_MDL_00355112**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 762871
Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          July 22, 2014
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com

**RE:** General                                                 **Invoice#:** 775031
**Our File Number:**00647/0001                                   **PAGE:**    1

═══════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2014

═══════════════════════════════════════════════════════════

|  |  | **Hours** |
|---|---|---|
| 06/13/2014 | Sausen, David | 1.25 |
| | Telephone conference with Matt and John re: UBTI issues.  Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L | 0.50 |
| | ██████████████████████████████████████ | |
| 06/26/2014 | Culhane, Stephen | 0.33 |
| | ███████████████████ | |
| 06/30/2014 | Culhane, Stephen | 0.25 |
| | ███████████████████████ | |

Total Hours.................  2.33

Fees through 06/30/2014...................................  $1,815.30


*-----------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 0.58 | $527.80 |
| Sausen, David | 760.00 | 1.25 | 950.00 |
| Zwick, Mary L | 675.00 | 0.50 | 337.50 |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |


Fees this Invoice.........................................................  $1,815.30
**Total Due this Invoice.............................................  $1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355115**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                         August 25, 2014
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 777180
**Our File Number:**00647/0001                                     **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

|  |  | **Hours** |
|---|---|---|
| 07/02/2014 | Culhane, Stephen | 0.33 |
|  | Advisers Act issues with P Wells. |  |
| 07/08/2014 | Culhane, Stephen | 0.67 |
|  | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |  |
| 07/09/2014 | Culhane, Stephen | 0.50 |
|  | Telcon with Matt Stein. |  |
| 07/10/2014 | Culhane, Stephen | 0.33 |
|  | Conference with M Ben-Jacob. |  |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Culhane, Stephen | $910.00 | 1.83 | $1,665.30 |
| Fees through 07/31/2014............... | | 1.83 | $1,665.30 |

Fees this Invoice......................................................... $1,665.30
**Total Due this Invoice................................................ $1,665.30**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 777180
Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355117



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
     40 West 57th Street Suite 1610
     New York, New York  10019
     acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 780144
**PAGE:**    1

==================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

==================================================================

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 08/22/2014 | Golub, Elizabeth    | 0.33      |
| 08/26/2014 | Golub, Elizabeth    | 0.33      |
| 08/28/2014 | Ben-Jacob, Michael  | 0.17      |
| 08/28/2014 | Wells, Peter B      | 4.00      |
| 08/29/2014 | Wells, Peter B      | 1.67      |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Ben-Jacob, Michael  | $785.00  | 0.17  | $133.45    |
| Wells, Peter B      | 695.00   | 5.67  | 3,940.65   |
| Golub, Elizabeth    | 280.00   | 0.66  | 184.80     |
| Fees through 08/31/2014............... |  | 6.50  | $4,258.90  |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------\*

| Corp. Filings & Searches | $484.50 |
|--------------------------|---------|
| Total Costs through 08/31/2014........................ | $484.50 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355118

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                          September 24, 2014

**RE:** General                                                          **Invoice#:** 780144
**Our File Number:** 00647/0001                                              **PAGE:**    2

---

\*-------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due.............................................................. | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice................................................................. | $4,258.90 |
| Costs this Invoice................................................................ | $484.50 |
| Total Due this Invoice......................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................ | 1,665.30 |
| **TOTAL DUE**.................................................................... | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 780144
Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355120



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                November 14, 2014
       40 West 57th Street Suite 1610
       New York, New York  10019
       acolodner@maplept.com

**RE:** General                                            **Invoice#:** 783712
**Our File Number:**00647/0001                             **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2014

|  |  | **Hours** |
|---|---|---|
| 08/12/2014 | Ben-Jacob, Michael | 0.42 |
| 09/04/2014 | Ben-Jacob, Michael | 0.50 |
| 09/09/2014 | Ben-Jacob, Michael | 0.50 |
| 09/11/2014 | Ben-Jacob, Michael | 0.75 |
| 09/22/2014 | Ben-Jacob, Michael | 1.50 |
| 09/22/2014 | Wells, Peter B | 1.58 |
|  | Call with group re general plan issues. |  |
| 09/25/2014 | Wells, Peter B | 1.50 |
| 09/29/2014 | Ben-Jacob, Michael | 0.50 |
|  | Conference with Peter re: structuring dissolution of plans and payments to Adam. |  |
| 09/29/2014 | Wells, Peter B | 2.50 |
| 09/30/2014 | Wells, Peter B | 2.17 |
| 10/01/2014 | Wells, Peter B | 0.75 |
| 10/09/2014 | Wells, Peter B | 0.83 |
|  | Work on issues related to new plans. |  |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                November 14, 2014

**RE:** General                                           **Invoice#:** 783712
**Our File Number:** 00647/0001                                **PAGE:**   2

===============================================================================

| | | |
|---|---|---|
| 10/10/2014 | Wells, Peter B | 0.50 |
| | Work on new plan matters. | |
| 10/12/2014 | Ben-Jacob, Michael | 1.58 |
| | ███████████████████████ | |
| 10/13/2014 | Wells, Peter B | 1.58 |
| | ██████████████████ | |
| 10/14/2014 | Ben-Jacob, Michael | 0.17 |
| | ██████████████████ | |
| 10/14/2014 | Wells, Peter B | 1.00 |
| | ████████████████████ | |
| 10/20/2014 | Veillette, Rebecca | 0.50 |
| | ████████████████████ | |

Total Hours................  18.83

Fees through 10/31/2014....................................  $13,429.65


\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |


Fees this Invoice..........................................................  $13,429.65
**Total Due this Invoice..............................................**  **$13,429.65**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355122**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
            Mail Code 81
            P. O. Box 11839
            Newark, New Jersey 07101-8138


# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 783712
        Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355123**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                December 24, 2014
      40 West 57th Street Suite 1610
      New York, New York 10019
      acolodner@maplept.com

      **RE:** General                                    **Invoice#:** 786881
      **Our File Number:**00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

|            |                       | Hours |
|------------|-----------------------|-------|
| 10/21/2014 | Ben-Jacob, Michael    | 0.67  |
| 11/24/2014 | Culhane, Stephen      | 0.25  |
|            | Total Hours.............. | 0.92  |

Fees through 11/30/2014....................................    $753.45

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                    December 24, 2014

**RE:** General                                               **Invoice#:** 786881
**Our File Number:** 00647/0001                                **PAGE:**    2

---

\*-------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate     | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Ben-Jacob, Michael | $785.00  | 0.67  | $525.95   |
| Culhane, Stephen   | 910.00   | 0.25  | 227.50    |
| Fees through 11/30/2014............... | | 0.92 | $753.45 |

Fees this Invoice.................................................................    $753.45

**Total Due this Invoice.................................................................    $753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                        Mail Code 81
                        P. O. Box 11839
                        Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
          153 East 53rd Street
          New York, New York 10022
          Attention: Marsha Burnett
          Telephone: 212.559.3787

          ABA Routing Number: 021000089
          Bank Identification Code/SWIFT Code: CITIUS33
          Account Name: Kaye Scholer LLP
          Account Number: 9981494431

          RE: Argre Management LLC
          Our File Number: 00647/0001
          Invoice Number: 786881
          Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355126



250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                February 19, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                        **Invoice#:** 791361
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |
|  | ████████████████████ | |
|  | Total Hours................. | 1.25 |
|  | Fees through 12/31/2014.................................... | $868.75 |

\*-----------------------------------TIME AND FEE SUMMARY----------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

| | |
|---|---|
| Fees this Invoice........................................................... | $868.75 |
| **Total Due this Invoice...............................................** | **$868.75** |

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC
Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com
, NY

March 30, 2015
Invoice # 2794345
EIN 53-0208605

**Client/Matter # 1000647.00001**

General

| | |
|---|---|
| **For Legal Services Rendered through February 28, 2015** | 137.70 |
| **Total Amount Due** $ | <u>137.70</u> |

**Wire Transfer Instructions:**

| | |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
| | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

**Or Remit To:**          Arnold & Porter Kaye Scholer LLP
                          P.O. Box 759451
                          Baltimore, MD 21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact: <u>Invoice@arnoldporter.com</u>

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355129

March 30, 2015                                                                 Invoice # 2794345


**(1000647.00001)**
General


**Legal Services:**


| Name | Date | Hours | Narrative |
|---|---|---|---|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |


**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| Subtotal: | **0.17** | | **137.70** |
| TOTAL | **0.17** | | **137.70** |

**Total Current Amount Due**                                            **$137.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**             **WH_MDL_00355130**



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                         July 31, 2015
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 805139
**Our File Number:**00647/0001                                     **PAGE:**    1

===========================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015

===========================================================================

|            |                                                                                      | **Hours** |
|------------|--------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                   | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same. Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                   | 1.30      |
|            | Attention to FBAR questions.                                                         |           |
| 04/24/2015 | Veillette, Rebecca                                                                   | 0.45      |
|            | Attention to FBAR matters.                                                           |           |
| 05/05/2015 | Veillette, Rebecca                                                                   | 0.40      |
|            | Attention to FBAR matters.                                                           |           |
| 05/07/2015 | Veillette, Rebecca                                                                   | 0.45      |
|            | Attention to foreign bank account reporting matters. Interoffice conferences regarding same. |           |
| 05/08/2015 | Veillette, Rebecca                                                                   | 0.20      |
|            | Attention to 2013 FBAR information.                                                  |           |
| 05/13/2015 | Veillette, Rebecca                                                                   | 0.45      |
|            | Attention to foreign tax reporting matters.                                          |           |

Total Hours................. 4.45

Fees through 06/30/2015.................................. $1,446.25

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                             July 31, 2015

**RE:** General                                                   **Invoice#:** 805139
**Our File Number:** 00647/0001                              **PAGE:**     2

====================================================================

```
*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                                      Rate         Hours          Fees
Veillette, Rebecca                  $325.00         4.45       $1,446.25
                                                   _____       _____
              Fees through 06/30/2015...............  4.45       $1,446.25


       Fees this Invoice..........................................................  $1,446.25
       Total Due this Invoice.............................................  $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        August 21, 2015
          40 West 57th Street Suite 1610
          New York, New York  10019
          acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 807022
**Our File Number:**00647/0001                         **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  | **Hours** |
|---|---|
| 07/14/2015   Golub, Elizabeth | 0.25 |
| ████████████████████████ | ---------- |
| Total Hours................ | 0.25 |
| Fees through 07/31/2015.................................... | $70.00 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $250.50 |
| Total Costs through 07/31/2015........................ | $250.50 |

| | |
|---|---|
| Fees this Invoice........................................................................ | $70.00 |
| Costs this Invoice....................................................................... | $250.50 |
| **Total Due this Invoice................................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Christopher Kary
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER        WH_MDL_00355135