**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

In re

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND SCHEME LITIGATION

This document relates to:
18-cv-07824; 18-cv-07827; 18-cv-07828;
18-cv-07829; 19-cv-01781; 19-cv-01783;
19-cv-01785; 19-cv-01788; 19-cv-01791;
19-cv-01792; 19-cv-01794; 19-cv-01798;
19-cv-01800; 19-cv-01801; 19-cv-01803;
19-cv-01806; 19-cv-01808; 19-cv-01809;
19-cv-01810; 19-cv-01812; 19-cv-01813;
19-cv-01815; 19-cv-01818; 19-cv-01866;
19-cv-01867; 19-cv-01868; 19-cv-01869;
19-cv-01870; 19-cv-01871; 19-cv-01873;
19-cv-01894; 19-cv-01896; 19-cv-01918;
19-cv-01922; 19-cv-01926; 19-cv-01928;
19-cv-01929; 19-cv-01931; 19-cv-10713;
21-cv-05339.

</td><td>

Master Docket 18-md-02865-LAK
ECF Case

</td></tr>
</table>

## NOTICE OF APPEARANCE

Please enter my appearance for Defendants Richard Markowitz, Jocelyn Markowitz,

Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments

Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan,

RJM Capital Pension Plan, and the Routt Capital Pension Plan in the cases enumerated in the

caption.

1

Dated: October 1, 2024                        /s/  Nelson S. Castaño
      New York, New York                   NELSON S. CASTAÑO
                                 WILMER CUTLER PICKERING
                                   HALE AND DORR LLP
                                 7 World Trade Center
                                 250 Greenwich Street
                                 New York, NY 10007
                                 (212) 230-8800
                                 nelson.castano@wilmerhale.com